1 | Dawniell Alise Zavala (CA State Bar No. 253130)
HOLME ROBERTS & OWEN LLP
2 | 560 Mission Street, 25th Floor
3 | San Francisco, CA  94105-2994
Telephone:  (415) 268-2000
4 | Facsimile:   (415) 268-1999
Email:        dawniell.zavala@hro.com
5 |
6 | Attorneys for Plaintiffs,
UMG RECORDINGS, INC.; and SONY
7 | BMG MUSIC ENTERTAINMENT

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND DIVISION

| UMG RECORDINGS, INC., a Delaware corporation; and SONY BMG MUSIC ENTERTAINMENT, a Delaware general partnership, | CASE NO. C 08-02213-CW |
|---|---|
| Plaintiffs, | Honorable Claudia Wilken |
| v. | **NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE** |
| CESAR LICEA, | |
| Defendant. | |

NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE
Case No. C 08-02213-CW
#38612 v1

1   Pursuant to FED. R. CIV. P. 41(a)(1)(A)(i), Plaintiffs voluntarily dismiss with prejudice their
2   copyright infringement claim against Defendant Cesar Licea, each party to bear its/his own fees and
3   costs.  The Clerk of Court is respectfully requested to close this case.

5   Dated:  July 7, 2008                             HOLME ROBERTS & OWEN LLP

                                                     By:   */s/ Dawniell Alise Zavala*
                                                           DAWNIELL ALISE ZAVALA
                                                           Attorneys for Plaintiffs
                                                           UMG RECORDINGS, INC.; and SONY
                                                           BMG MUSIC ENTERTAINMENT

**PROOF OF SERVICE**

STATE OF CALIFORNIA, CITY AND COUNTY OF SAN FRANCISCO

I am employed in the office of Holme Roberts & Owen in San Francisco, California. I am over the age of eighteen years and not a party to the within action. My business address is 560 Mission Street, 25th Floor, San Francisco, CA 94105.

On July 7, 2008, I served the foregoing documents described as:

**NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE**

on the interested party in this action by placing a true and correct copy thereof enclosed in a sealed envelope addressed as follows:

> **Cesar Licea**
> **3153 California**
> **Apt. 4C**
> **San Francisco, CA 94115**

☒ BY MAIL: I am "readily familiar" with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with U.S. postal service on that same day with postage thereon fully prepaid at San Francisco, California in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

☒ (FEDERAL) I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

Executed on July 7, 2008 at San Francisco, California.

*Della Grant*
Della Grant

Proof of Service
Case No. C 08-02213-CW
#38612 v1