AO 121 (6/90)

| TO:<br><br>Register of Copyrights<br>Copyright Office<br>Library of Congress<br>Washington, D.C. 20559 | REPORT ON THE<br>FILING OR DETERMINATION OF AN<br>ACTION OR APPEAL<br>REGARDING A COPYRIGHT |
|---|---|

In compliance with the provisions of 17 U.S.C. 508, you are hereby advised that a court action or appeal has been filed on the following copyright(s):

| X ACTION   ☐ APPEAL | COURT NAME AND LOCATION |
|---|---|
| | U.S. District Court, Northern District of California |
| DOCKET NO.<br>CV 08-02213 CW | DATE FILED<br>04/29/08 | 1301 Clay Street, Rm 400S<br>Oakland, CA 94612 |
| PLAINTIFF<br><br>UMG RECORDINGS INC, et al. | DEFENDANT<br><br>CESAR LICEA |

| COPYRIGHT | TITLE OF WORK | AUTHOR OR WORK |
|---|---|---|
| 1 | SEE EXHIBIT A, ATTACHED | |
| 2 | | |
| 3 | | |
| 4 | | |
| 5 | | |

In the above-entitled case, the following copyright(s) have been included:

| DATE INCLUDED | INCLUDED BY<br>☐ Amendment   ☐ Answer   ☐ Cross Bill   ☐ Other Pleading |
|---|---|

| COPYRIGHT | TITLE OF WORK | AUTHOR OF WORK |
|---|---|---|
| 1 | | |
| 2 | | |
| 3 | | |

In the above-entitled case, a final decision was rendered on the date entered below. A copy of the order or judgment together with the written opinion, if any, of the court is attached.

| COPY ATTACHED   X Notice of Voluntary Dismissal<br>☐ Order   ☐ Judgment | WRITTEN OPINION ATTACHED<br>☐ Yes   ☒ No | DATE RENDERED<br>7/7/08 |
|---|---|---|
| CLERK<br><br>Richard W. Wieking | (BY) DEPUTY CLERK<br>[signature] | DATE<br>7/8/08 |

DISTRIBUTION:
1) Upon initiation of action, mail copy to Register of Copyrights
2) Upon filing of document adding copyright(s), mail copy to Register of Copyrights
3) Upon termination of action, mail copy to Register of Copyrights
4) In the event of an appeal, forward copy to Appellate Court
5) Case File Copy

# EXHIBIT A

## CESAR LICEA

**IP Address:** 71.141.229.141 2007-07-16 05:21:42 EDT

**CASE ID#** 136306691

**P2P Network:** Gnutella

**Total Audio Files:** 422

| Copyright Owner | Artist | Recording Title | Album Title | SR# |
|---|---|---|---|---|
| UMG Recordings, Inc. | 98 Degrees | My Everything | Revelation | 270-025 |
| SONY BMG MUSIC ENTERTAINMENT | Willie Nelson | Always on My Mind | Always On My Mind | 34-842 |
| SONY BMG MUSIC ENTERTAINMENT | Frankie J | Suga Suga | The One | 377-949 |
| UMG Recordings, Inc. | Christina Milian | Dip It Low | It's About Time | 355-949 |
| UMG Recordings, Inc. | Mariah Carey | Shake It Off | The Emancipation of Mimi | 370-795 |
| UMG Recordings, Inc. | Sisqo | Thong Song | Unleash The Dragon | 277-984 |
| SONY BMG MUSIC ENTERTAINMENT | Destiny's Child | Say My Name | The Writing's on the Wall | 268-936 |
| UMG Recordings, Inc. | Young Jeezy | Soul Survivor | Let's Get It: Thug Motivation 101 | 375-159 |